IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| USA TRUCK, INC.<br><br>    Plaintiff<br><br>v.<br><br>SULLAIR, LLC; and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br><br>    Defendants | CIVIL ACTION FILE<br><br>NO.: 3:20-cv-00075-CDL |

## USA TRUCK, INC.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff USA TRUCK, INC., by and through the undersigned counsel, and pursuant to F.R.C.P. 56, files this Motion for Partial Summary Judgment, respectfully showing the Court as follows:

1.

Sullair designed the subject trailer (the "Sullair Trailer"), which weighed over 4,400 pounds, with "highway towable running gear" and intended it to be towed on public roadways at highway speeds <u>without</u> <u>brakes</u> (as it was being used at the time of the accident).

2.

The Federal Motor Carrier Safety Regulations ("FMCSRs"), which have been adopted by Georgia, clearly dictate that trailer brakes are necessary for the safe towing of trailers, such as the Sullair Trailer, that weigh over 3,000 pounds.

3.

Sullair's engineers have concluded that trailer brakes were necessary for the safe towing of Sullair's trailers.

4.

Sullair's expert admits that it is generally accepted in the engineering world that, consistent with the FMCSRs, trailer brakes are required for the safe towing of trailers weighing more than 3,000 pounds.

5.

From a physics standpoint, the Sullair Trailer is no different than any other trailer.

6.

Sullair neither has, nor has it ever seen, any evidence to suggest that the brakeless Sullair Trailer was safe to tow on public roadways at highway speeds, and it has no knowledge that it ever bothered to look at the issue.

7.

Accordingly, USA Truck respectfully requests that this Court grant partial summary judgment to USA Truck by entering an Order concluding as a matter of law that Sullair's 4,400 pound brakeless trailer was unsafe to be towed on public highways at highway speeds, as it was being used at the time of the subject accident.

8.

A proposed Order granting this Motion is submitted herewith.

This 1st day of December, 2021.

                                          MCMICKLE, KUREY & BRANCH, LLP

                                          By: */s/ Scott W. McMickle*
                                                  SCOTT W. MCMICKLE, GA Bar No. 497779
                                                  MICHAEL P. JOHNSON, GA Bar No. 395055
                                                  ***Attorneys for Plaintiff***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
swm@mkblawfirm.com; mjohnson@mkblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed **USA TRUCK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF e-filing system to the following counsel of record:

> Terry O. Brantley, Esq.
> Alex McDonald, Esq.
> terry.brantley@swiftcurrie.com
> alex.mcdonald@swiftcurrie.com
> SWIFT, CURRIE, McGHEE & HIERS, LLP
> 1355 Peachtree Street, N.E., Suite 300
> Atlanta, GA 30309
> *Attorney for Defendant*
> *Sullair, LLC*

> Caroline Johnson Tanner, Esq.
> Jonathan Spital, Esq.
> caroline.tanner@hklaw.com
> Jonathan.spital@hklaw.com
> Holland & Knight LLP
> One Regions Plaza, Suite 1800
> 1180 West Peachtree Street, NW
> Atlanta, GA 30309-3407
> *Attorney for Defendant*
> *Bridgestone Americas Tire Operations, LLC*

This 1st day of December, 2021.

> */s/Scott W. McMickle*
> SCOTT W. MCMICKLE
> For the Firm

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
swm@mkblawfirm.com
mjohnson@mkblawfirm.com