

Deposition of:
## CONF Navendu Sharma

*August 27, 2019*

In the Matter of:

## Bartley, Laelonnie Vs. Blackwell's Automobile Leasing Co., LLC, Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

CONFIDENTIAL August 27, 2019
Bartley, Laelonnie Vs. Blackwell's Automobile Leasing Co., LLC, Et Al.

Page 64

1         MR. BRANTLEY: Object to the form of the
2         question.
3 A   I would not be able to answer what they -- what end
4     customers would say. What I've said before is
5     Sullair's goal is to provide a safe operating
6     machine for the purposes of what customer is going
7     to use the machine for.
8 Q   So the subject trailer or compressor, as referenced
9     in Exhibit 22, it comes with standard highway
10    towable running gear; correct?
11 A   Yes.
12 Q   And comes with optional brakes; correct?
13 A   Correct.
14 Q   Is there any sort of benefit that Sullair received
15    by making the trailer -- or having the compressor
16    have highway towable running gear as a standard
17    feature, but brakes as an option?
18        MR. BRANTLEY: Object to the form of the
19    question.
20 A   The way I see it is it's a benefit to the customer
21    to be able to pick and choose the options and
22    features they want and they like, and they can use
23    the compressor for the purpose that they are trying
24    to buy the machine for.
25 Q   So what benefit, other than just sort of the

CONFIDENTIAL August 27, 2019
Bartley, Laelonnie Vs. Blackwell's Automobile Leasing Co., LLC, Et Al.

Page 88

1  Q   So I think -- I'm not sure we finished this
2      discussion.  I'll just ask it and see.
3          It's my understanding that in the Tier 3
4      design, brakes were an optional feature, correct,
5      of the 375 family?
6  A   Yes, correct.
7  Q   The Tier 3 900 family, those had brakes as a
8      standard feature; correct?
9  A   I will have to go back and check.
10 Q   They do.
11         Do you know why brakes were a standard feature
12     on the 900 family of compressors in 2012 but they
13     weren't for the 375 family in 2012?
14         MR. BRANTLEY:  Object to the form.
15 A   I cannot answer that.  I do not know basically.
16     That's what --
17 Q   Just want to make sure that I've got this.  I'm
18     looking at Exhibit 22, and there's a little X here
19     by the highway towable running gear.
20         So is it correct to say that in this exhibit,
21     which is the 2012 sales brochure for the subject
22     compressor, that Sullair advertised that the
23     compressor had standard equipment described as
24     highway towable running gear?
25 A   Yes.