```
 1              IN THE SUPERIOR COURT OF TROUP COUNTY
                       STATE OF GEORGIA
 2

 3   LAELONNIE BARTLEY, LANCE D.   )
     FOLES,                        )
 4                                 )
             Plaintiffs,           ) CIVIL ACTION FILE
 5                                 ) NO. 18-CV-0079
         vs.                       )
 6                                 ) MOTION FOR SUMMARY JUDGMENT
     BRIDGESTONE AMERICAS TIRE     )
 7   OPERATIONS, LLC, ET.AL.       )
                                   )
 8           Defendants.           )

 9
                              - - -
10

11         Proceedings held before Honorable Nina Markette

12      Baker, Superior Court of Troup County, at Troup County

13      Government Center, 100 Ridley Avenue, LaGrange, Georgia,

14      before Dawn M. Davidson, Registered Professional

15      Reporter, on Monday, April 12, 2021.

16                            - - -

17

18

19

20

21

22

23                      DMD Reporting, LLC
                           P.O. Box 835
24                  Sharpsburg, Georgia 30277
                          404-483-5733
25                  dawndavidsonccr@gmail.com



                                                              1
```

1         MR. WOLFF: I'm taking a cue from you.

2         THE COURT: Yes, sir.

3         MR. WOLFF: Why does Sullair say that the portable air compressor was not a trailer? Well, first, the federal agency which regulates manufacturers said it was not a trailer, and exhibits were filed with our brief where NHTSA said as we interpret the regulations, your air compressors are not trailers. Federal Motor Carrier Safety Regulations, it doesn't make any difference whether it's a trailer or not. The Federal Motor Carrier Safety Regulations apply to commercial motor vehicles which in combination weigh 10,001 pounds or more. A 4400-pound air compressor is not by itself a commercial motor vehicle. A 4400-pound air compressor attached to a 5600-pound tow vehicle is not a commercial motor vehicle by 1 pound. But when a 4400-pound air compressor is attached to a vehicle that weighs more than 5600 pounds, the combination is a commercial motor vehicle regulated by the Federal Motor Carrier Safety Regulations which do not control what Sullair does.

21        The Federal Motor Carrier Safety Regulations specifically do not apply to manufacturers, and it is the job of NHTSA to regulate and prohibit the manufacture and sale of vehicles that are unsafe. That is 49 U.S.C. -- United States Code -- 30112. The United