

Deposition of:
# Kevan Granat , MSME

*January 27, 2021*

In the Matter of:

# Bartley v. Bridgestone Americas Tire

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

1  I'm looking at vehicle dynamics.  So that's
2  something that I think would be more in the area of
3  Mr. Keough.
4      Q    So when you tried to model this accident,
5  you made a bunch of runs and you added the trailer
6  and took the trailer off and changed steering and
7  did all this kind of stuff, but my first question
8  is:  Does the HVE system treat the Sullair trailer
9  like something other than a trailer or does it just
10 treat it like a regular trailer?
11          MR. BRANTLEY:  Object to the form of the
12 question.
13     A    Well, the beginning of your question was
14 about when I try -- you stated that I tried to
15 simulate this crash.  And I should clarify that I'm
16 starting with Mr. Kent's reconstruction simulation
17 of the crash, and I'm evaluating that.  I'm
18 evaluating his opinions and I'm evaluating the
19 effect of parameters on the simulation results.
20          Now, to the second part of the question
21 regarding how HVE treats a towed unit behind it, it
22 doesn't treat anything differently in the sense
23 that once you define the parameters of a towed unit
24 in HVE, that center of mass becomes fixed, and then
25 in that sense it is more like a compressor than a

1    traditional trailer where that center of mass may
2    shift or change.  So in that sense, it's one and
3    the same.
4    BY MR. McMICKLE:
5         Q    Yeah.  And, in fact, in the trailer data
6    that you provided on some runs that you've done,
7    that refers to the compressor as a trailer, right?
8         A    Right.  It doesn't try to make a
9    distinction.
10        Q    Okay.  And so the HVE, part of what it
11   does is it relies upon different rules or laws of
12   physics in making the various calculations that it
13   makes in generating a simulation, right?
14        A    True.
15        Q    Okay.  So what laws of physics that HVE
16   utilizes would not apply to this Sullair trailer
17   involved in this accident?
18             MR. BRANTLEY:  Object to the form.
19        A    The physics is one and the same no matter
20   what.  So the laws of physics, and it's primarily
21   Newtonian physics that's involved here, those laws
22   of physics remain the same for all vehicle types.
23   BY MR. McMICKLE:
24        Q    So -- excuse me for a second.  I lost my
25   train of thought.

1  effect, sure, especially in a stopping sense.
2      Q    In general, if a trailer weighs about a
3  third as much as the towing vehicle, would brakes
4  on the trailer affect how quickly the vehicle stops
5  in an emergency straight ahead stop?
6      A    It certainly could.
7      Q    Okay.  As this box truck is going down the
8  road on the day of the collision, can you break
9  down the weight that was -- there was on the front
10 axle?
11     A    I've not tried to do that, no.  I've
12 not -- I don't -- I don't think anybody has enough
13 information about the distribution of the load
14 within the box truck, so I have not tried to
15 calculate that specifically.
16     Q    If you take the total weight of
17 everything, of the truck contents and trailer,
18 what's that rough number?  Is it somewhere right
19 around 19,000 pounds, maybe a little more?
20          MR. BRANTLEY:  Object to form.
21     A    I think it's -- based on Joe Kent's
22 numbers, it's roughly, what, 18,7, 18,770 perhaps.
23 BY MR. McMICKLE:
24     Q    Okay.  So -- and if the trailer weighed
25 4,400 pounds -- let's just go with 4,200 pounds,

1   that would be approximately 20 percent of the
2   weight of the combined unit, right?
3       A    You're saying of the combined?
4       Q    Correct.
5       A    Yeah, ballpark, a quarter -- a quarter of
6   the weight.
7       Q    So would the -- okay.  So 20 to
8   25 percent.  I was trying to go low, but okay, 20,
9   25 percent.
10           Would a trailer that was 20, 25 percent of
11  the overall combined weight that didn't have -- if
12  the trailer didn't have brakes, would that
13  effectively reduce the braking capability of the
14  towing vehicle by 20 percent or 25 percent,
15  whatever the percentage is?
16      A    I think it would depend on the specific
17  vehicle to a significant amount.  So I don't know,
18  that would be something you'd have to look at on a
19  vehicle-by-vehicle basis.
20      Q    If you developed a theory that in this
21  case brakes on the trailer might affect how the
22  vehicle moves, the tow vehicle moves, how would you
23  test that theory?
24           MR. BRANTLEY:  Object to the form.
25      A    Well, I think the way -- I think the way