

Deposition of:

## James Keough, Jr., P.E.

*November 11, 2020*

In the Matter of:

## Bartley v. Bridgestone Americas Tire

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com | 770.343.9696

1              MR. McDONALD:  Okay.

2              MR. JOHNSON:  Like exhibit small.

3              MR. McDONALD:  Got it.  Thank you.

4         Q.  BY MR. McMICKLE:  All right.  Do you mind

5    just reading the highlighted text for us?  And this

6    is on page 14 of the trailer handbook that is

7    Exhibit 334.

8         A.  So, again, this is from the trailer

9    handbook.  "Brake systems are typically used on

10   trailers over 3,000 pounds GVWR.  If you are using

11   your trailer for commercial purposes, brakes are

12   required by Federal Law for all practical purposes

13   on all wheels for trailers over 3,000 pounds GVWR or

14   higher."

15        Q.  And is that something that is generally

16   understood in the engineering world that trailers

17   should have brakes on the wheels if the trailer

18   weighs over 3,000 pounds?

19        A.  I believe that applies to trailers, yes.

20        Q.  Okay.  I mean, that's a pretty well-known

21   standard in the trailer manufacturing world; would

22   you agree?

23        A.  That's reasonable for trailers, yes.

24        Q.  Okay.

25        A.  Again, this is -- the Sullair portable

Page 143

1          A.  I have no opinion.  I have no reason to

2     believe it would be.

3          Q.  Okay.  You would expect it would be treated

4     similar to the 375, at least, in terms of what

5     you're saying?

6          A.  If it's substantially the same, yes.

7          Q.  Okay.  In your experience, would the 1,000

8     pound -- would a 1,000 pound difference between,

9     say, a 4,400 trailer and a 5,400 pound trailer drive

10    the decision-making process of whether or not brakes

11    were required for safe towing?

12              MR. McDONALD:  Object to form.

13              THE WITNESS:  Not to my knowledge.

14         Q.  BY MR. McMICKLE:  Okay.  So if you, as an

15    engineer, a lot of experience, were trying to figure

16    out if brakes were required for the safe towing of,

17    say, a 4,400 pound trailer on public highways, what

18    would you do?

19         A.  On what product?  Please say that again.

20         Q.  A trailer.

21         A.  A trailer.  Maybe a factor of handling would

22    be a factor because stability.  That's one of the

23    bigger benefits of brakes is stability.

24              MR. McMICKLE:  Okay.  You got that; right?

25              COURT REPORTER:  Yeah.

Page 147

1    data or research that suggests a brakeless trailer

2    over 3,000 pounds is safe to tow?

3              MR. McDONALD:  Object to form.

4              THE WITNESS:  I'm not aware of that.  I also

5    am not aware of anything that indicates the

6    opposite.

7         Q.  BY MR. McMICKLE:  Okay.  Well, the next --

8    the next one we can talk about that.

9         A.  All right.

10        Q.  So the first part was no data research

11   suggesting brakeless trailer over 3,000 pounds is

12   safe to tow.  You agree with that; is that

13   correct?

14        A.  Yeah.  I'm not aware of data.

15        Q.  Okay.  And then -- but the next part he says

16   all data shows the exact opposite.  You don't know.

17   You don't agree with that?

18        A.  I don't.  I don't know what data he's

19   referring to.

20        Q.  Okay.  So not agree.  Okay.  And 1D, little

21   I, says Sullair knew brakes made the trailer safer

22   and that's the -- Mr. Elliot's representation to

23   NHTSA that brakes only enhance the safety?

24        A.  They may make enhancements to the use.  I

25   don't know that they make it safer, per se.