

Deposition of:
# Tom Poczekay

*November 6, 2019*

In the Matter of:

# Bartley, Laelonnie v. Blackwell's Automobile Leasing

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

1      A.    No, I don't.

2      Q.    Could weight be a factor?

3          MR. BRANTLEY:  Object to the form of the

4  question, calls for speculation.

5          THE WITNESS:  Many things could be

6  factors in that.

7  BY MR. McMICKLE:

8      Q.    So have you ever seen any analysis

9  or investigation of any type, however slight,

10  that would suggest that it was safe to tow a

11  compressor that weighed over 4,000 pounds on a

12  public highway?

13      A.    Could you -- sorry, I lost the

14  question.

15      Q.    Have you ever seen anything, whether

16  it be research, analysis, et cetera, that

17  would suggest that it was safe to tow, say, a

18  Tier 3 compressor weighing over 4,000 pounds

19  without brakes on a public highway?

20      A.    I've not seen any research or

21  document that would have said that.

22      Q.    To your knowledge, did Sullair ever

23  look into and try to answer that question?

24          MR. BRANTLEY:  Object to the form of the

25  question.

1                THE WITNESS:  I have no knowledge of
2     that.
3     BY MR. McMICKLE:
4         Q.    Okay.  Did Sullair rely upon any
5     legal opinion in determining to make brakes a
6     standard feature on the iT4 product in 2011 or
7     2012?
8              MR. BRANTLEY:  Object to the form of the
9     question.
10               THE WITNESS:  Not that I'm aware of.
11    BY MR. McMICKLE:
12        Q.    Do you recall anyone seeking any
13    legal interpretation of state law regulations
14    or federal regulations as part of the
15    decision-making process to determine whether
16    brakes should be a standard feature on the iT4
17    product?
18              MR. BRANTLEY:  Objection, asked and
19    answered and do not respond to the extent it
20    asks for attorney/client privileged information.
21    BY MR. McMICKLE:
22        Q.    Well, let me rephrase it and just
23    make sure.  I'm not asking for the content
24    right now.  I'm just asking if you're aware of
25    any legal analysis being done back in 2011 or