IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| USA TRUCK, INC.<br><br>      Plaintiff<br><br>v.<br><br>SULLAIR, LLC; and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br><br>      Defendants | CIVIL ACTION FILE<br><br>NO.: 3:20-cv-00075-CDL |

## **ORDER**

Having considered Plaintiff's Motion for Partial Summary Judgment and pleadings and evidence related to it on file with this Court, it is hereby ordered that Plaintiff's Motion is hereby GRANTED.

As it was being used at the time of the incident, the brakeless Sullair Tier 3 375 portable air compressor trailer was unsafe to be towed on public highways at highway speeds.

So ordered, this _____ day of _____, 2021.

 

_____
Honorable Clay D. Land
United States District Court Judge
Middle District of Georgia, Athens Division

Order Prepared By:
*/s/ Scott W. McMickle*
SCOTT W. MCMICKLE
Georgia Bar No. 497779
MICHAEL P. JOHNSON
Georgia Bar No. 395055
***Attorneys for Plaintiff***
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
swm@mkblawfirm.com
mjohnson@mkblawfirm.com